Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JORGE ANTONIO SERNA ANDERS, et al, <br><br> Defendants. | CASE NO. 5:21-cv-00345-WDK-JC <br><br> STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendant Jorge Antonio Serna Anders a/k/a Jorge Andres Padilla that the above-entitled action is hereby dismissed **without prejudice** against Jorge Antonio Serna Anders a/k/a Jorge Andres Padilla.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2021, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 5/12/21

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated:

_____
JORGE ANTONIO ANDERS SERNA
Individually and d/b/a Mariscos Y Birrieria El Parral No. 1

///
///
///
///
///
///
///

## PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 12, 2021, I caused to serve the following document entitled:

STIPULATION OF DISMISSAL

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Jorge Antonio Anders Serna            (Pro Se)
7807 Adoree Street
Downey, CA 90242

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm) or picked up by the FedEx Carrier or taken to the FedEx box in South Pasadena, California.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 12, 2021, at South Pasadena, California.

Dated: May 12, 2021

LETICIA ESTRADA